Rajdep S. Chima, 269677
LAW OFFICE OF RAJ S CHIMA
1110 Civic Center Blvd., Ste 304
Yuba City, CA 95993
530-749-0749 | 530-749-0748
rchima@rajchimalaw.com

Attorney for Defendants
Manjit Singh Lally; Dalbir Lally
Jaswinder Kaur; and dba Fastrack Gas

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| DARREN GILBERT,<br><br>            Plaintiff,<br><br>vs.<br><br>MANJIT SINGH LALLY, individually and dba FASTRACK GAS; DILBERT KAUR LALLY dba FASTRACK GAS; and JASWINDER KAUR, individually and dba FASTRACK GAS,<br><br>            Defendants | Case No.: 2:22-CV-01357-MCE-KJN<br><br>STIPULATION TO SET ASIDE DEFAULT AND SET TIME FOR DEFENDANT JASWINDER KAUR TO FILE A RESPONSIVE PLEADING AND ORDER |

        IT IS HEREBY STIPULATED between the Parties, Plaintiff DARREN GILBERT, represented by Tanya E. Moore, Esq. and Defendant JASWINDER KAUR, represented by Rajdep S. Chima, Esq. that:

STIPULATION TO SET ASIDE DEFAULT AND SET TIME FOR DEFENDANT JASWINDER KAUR TO FILE A RESPONSIVE PLEADING AND ORDER - 1

1. The Default entered on October 17, 2022, against Defendant JASWINDER KAUR shall be set aside, and:
2. Defendant JASWINDER KAUR shall file her Responsive Pleading to the Complaint on or before October 27, 2022.

Good cause exists for the Stipulation and proposed time set based on the following:

1. Defendants' counsel needed to convert his filing status with the Eastern District of California into the new NexGen filing system and was unable to complete that process in time to file the timely response.
2. The other two defendants have a filing deadline of October 27, 2022, without expanding the time to file.  Therefore, it is judicial economy to have all the defendants with the same deadline to file the responsive pleadings.

**IT IS SO STIPULATED**.

Dated: October 18, 2022          /s/ Tayna E. Moore

                                 _____
                                 Tanya E. Moore
                                 Attorney for the Plaintiff

Dated: October 18, 2022          /s/ Rajdep S. Chima

                                 _____
                                 Rajdep S. Chima
                                 Attorney for the Defendants

STIPULATION TO SET ASIDE DEFAULT AND SET TIME FOR DEFENDANT JASWINDER KAUR TO FILE A RESPONSIVE PLEADING AND ORDER - 2

**ORDER**

Good cause appearing, the parties' Stipulation, ECF No. 9, is GRANTED. The Default entered on October 17, 2022, against Defendant JASWINDER KAUR, ECF No. 8, shall be SET ASIDE. The Answer filed on October 19, 2022, on behalf of Defendant JASWINDER KAUR, ECF No. 10, was improperly filed and is hereby STRICKEN. Defendant JASWINDER KAUR shall refile her Responsive Pleading to the Complaint on or before November 23, 2022.

IT IS SO ORDERED

Dated:  November 16, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE