1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California 95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mail: service@moorelawfirm.com

5  Attorney for Plaintiff
   Darren Gilbert

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 DARREN GILBERT,                         )   Case No. 2:22-cv-01357-MCE-KJN
                                           )
12         Plaintiff,                      )   **STIPULATION GRANTING PLAINTIFF**
                                           )   **LEAVE TO FILE FIRST AMENDED**
13     vs.                                 )   **COMPLAINT; ORDER**
                                           )
14 MANJIT SINGH LALLY, individually and    )
   dba FASTRACK GAS, et al.,               )
15                                         )
                                           )
16         Defendants.                     )
                                           )
17 _____)

18

19     **WHEREAS**, Plaintiff, Darren Gilbert ("Plaintiff"), seeks to amend his complaint to

20 allege additional access barriers which relate to his disability which were identified during the

21 pendency of this action;

22     **WHEREAS**, the Ninth Circuit both urges and requires Plaintiff to identify in his

23 complaint all barriers identified which relate to his disability. <u>Chapman v. Pier 1 Imports (U.S.)</u>

24 <u>Inc.</u>, 631 F.3d 939, 944 (9th Cir. 2011); <u>Oliver v. Ralphs Grocery Co.</u>, 654 F.3d 903, 909 (9th

25 Cir. 2011);

26     **WHEREAS,** Plaintiff has not unduly delayed the amendment, does not bring it in bad

27 faith, the amendment is not futile, and such amendment does not prejudice the defendants, nor

28 does the amendment in any way change the nature of the action; and

1 **WHEREAS**, this amendment would not alter any dates or deadlines set by the Court;

2 **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants Manjit Singh Lally, Dalbir Kaur Lally, and Jaswinder Kaur ("Defendants"), the parties to this Action, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A."

**IT IS FURTHER STIPULATED** that Plaintiff shall file his First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants' responses thereto shall be due as required by the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED.**

Dated: April 30, 2023                                MOORE LAW FIRM, P.C.

                                                            */s/ Tanya E. Moore*
                                                            Tanya E. Moore
                                                            Attorney for Plaintiff,
                                                            Darren Gilbert

Dated: April 30, 2023                                LAW OFFICE OF RAJ S. CHIMA

                                                            */s/ Rajdep S. Chima*
                                                            Rajdep S. Chima
                                                            Attorneys for Defendants,
                                                            Manjit Singh Lally, Dalbir Kaur Lally, and
                                                            Jaswinder Kaur

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                                            */s/ Tanya E. Moore*
                                                            Tanya E. Moore
                                                            Attorney for Plaintiff,
                                                            Darren Gilbert

**ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff may file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' responses thereto shall be filed within the time required by the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: May 4, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE