Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
Emails: tanya@moorelawfirm.com
　　　　service@moorelawfirm.com

Attorney for Plaintiff,
Darren Gilbert

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT, | No. 2:22-cv-01357-MCE-KJN |
| Plaintiff, | |
| vs. | **AMENDED STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| MANJIT SINGH LALLY, individually and dba FASTRACK GAS, et al., | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff Darren Gilbert and Defendants, Manjit Singh Lally individually and dba Fastrack Gas; Dalbir Kaur Lally dba Fastrack Gas; and Jaswinder Kaur individually and dba Fastrack Gas ("Defendants"), the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the action be dismissed with prejudice. Each party is to bear its own attorneys' fees and costs.

Dated: December 22, 2023      MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Darren Gilbert

Dated: January 2, 2024      LAW OFFICE OF RAJ S. CHIMA

*/s/ Rajdep S. Chima*
Rajdep S. Chima
Attorney for Defendants,
Manjit Singh Lally individually and dba Fastrack Gas; Dalbir Kaur Lally dba Fastrack Gas; and Jaswinder Kaur individually and dba Fastrack Gas

## **ORDER**

Pursuant to the Parties' stipulation, it is hereby ordered that this action is DISMISSED with prejudice in its entirety. Each party is to bear its own attorney's fees and costs, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  January 9, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE